IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :CHAPTER 7 |
| MANN REALTY ASSOCIATES, INC.,<br>Debtor | :CASE NO. 1-17-bk-01334-HWV |
| MARKIAN R. SLOBODIAN,<br>  Trustee for the Bankruptcy Estate of<br>  Mann Realty Associates, Inc., | |
| Movant | |
| v. | |
| S&T BANK, PA DEPT. OF ENVIRONMENTAL PROTECTION, SUSQUEHANNA TOWNSHIP AUTHORITY, SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT, JP HARRIS ASSOCIATES, LLC, PA DEPT. OF REVENUE, RESTORECORE, INC., ABEL PERSONNEL, INC. t/a ABEL TEMPS, STEVENS & LEE, P.C., DAUPHIN COUNTY TREASURY, and DAUPHIN COUNTY TAX CLAIM BUREAU, | |
| Respondents | |

## ORDER APPROVING BIDDING PROCEDURES FOR SALE

**UPON CONSIDERATION** of the Trustee's Motion to Approve Bidding Procedures for Public Sale of Debtor's certain two (2) parcels of Real Estate known as Blue Ridge Road and Beaufort Terrace in Susquehanna Township, Dauphin County Pennsylvania, identified as Tax Parcel Nos. 62-009-001 and 62-009-081 (the "Real Property") at public auction, subject to approval of the Bankruptcy Court free and clear of liens and encumbrances (the "Bidding Procedures Motion") free and clear of liens and encumbrances (the "Bidding Procedures Motion"), after notice to all creditors and parties in interest, finding that the proposed bidding procedures are reasonably designed to maximize the value to be achieved from the sale of the Real Property in connection with the Trustee's filed Motion to Sell the Real Property (the "Motion to Sell"), and finding good cause for granting the Bidding Procedures Motion,

**IT IS HEREBY ORDERED THAT:**

1. The Trustee's Bidding Procedures Motion and the bidding procedures set forth therein shall be and are hereby approved;

2. The Trustee is authorized and directed to use the following bidding procedures in connection with his Motion to Sell the Real Property to solicit purchase offers that are higher and better than the purchase offer he has received from Inch's Properties, LLC ("Inch") and Escambia Properties, LLC ("Escambia") in the amounts of $750,000.00 and $775,000.00, respectively, which offers the Trustee has accepted subject to higher and better offers and Bankruptcy Court approval:

## BIDDING PROCEDURES

3. Any higher offers (other than the Purchase Offers that the Trustee has already received from Inch and Escambia) for the Real Property 1) must be made in writing in a form acceptable by the Trustee; 2) must be for an amount which is at least $10,000.00 in excess of the $775,000.00 Escambia offer; 3) must not contain any contingencies, such as due diligence or financing contingencies, other than approval of the Bankruptcy Court; 4) must contain proof of financial ability in a form acceptable to the Trustee; and 5) must be received by the Trustee or the Trustee's Court Appointed Realtor, Lee & Associates, Attn. Bradley D. Swidler, 4550 Lena Drive, Suite 104, Mechanicsburg, PA 17043 (the "Court Appointed Realtor"), either by physical delivery or via email at Bswidler@lee-associates.com with a copy delivered to the Trustee's counsel, Markian R. Slobodian, Esq., P.O. Box 480, Camp Hill, PA 17001 either by mail delivery or via email at law.ms@usa.net **on or before 12:00 noon on July 11, 2022**, or such other time and date as may be provided or extended by Order of the Bankruptcy Court.

4. In order for a higher offer to be considered by the Trustee and brought to the attention of the Bankruptcy Court, the proposed purchaser will be required to post a deposit

with the Court Appointed Realtor in the amount of no less than $10,000.00, although a higher deposit or other conditions may be required by the Trustee if necessary to demonstrate to the Trustee the prospective purchaser's financial ability.

5. Pursuant to the terms of bidding procedures approved by this Order, an auction will be conducted by the Trustee at the Bankruptcy Courtroom, or such other space as the Bankruptcy Court shall make available, in the Federal Building, 228 Walnut Street, Room 320, Harrisburg, PA 17101 **on July 12, 2022 at 11:00 a.m.** or at such other date and time as may be provided by Order of the Bankruptcy Court.

6. At any auction conducted by the Trustee, higher bids must be in increments of no less than $10,000.00 unless otherwise agreed by the Trustee and any bidders.

7. All bidding will take place outside the presence of the Bankruptcy Court.

8. Following the conclusion of any auction for the Real Property, the Trustee shall report the results of the bidding to the Bankruptcy Court and to request the Court's approval of the sale of the Real Property to the highest and best bidder.

9. If the Court approved sale to the highest and best bidder fails to proceed to closing, the Trustee will be authorized to sell the Real Property to the next highest bidder.

10. If the Court approves a sale to the highest and best bidder and that bidder fails proceed to closing, the Trustee will be authorized to retain the bidder's deposit as liquidated damages.

11. If the Trustee receives no acceptable higher or better offers for the purchase of the Real Property in addition to the offers already submitted by Inch and Escambia, the Trustee may ask the Bankruptcy Court to approve the sale of the Real Property to Escambia pursuant to the terms of that proposed purchaser's Sale Agreement.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 10, 2022