# Notice Recipients

District/Off: 0314−1  User: AutoDocketer  Date Created: 6/10/2022
Case: 1:17−bk−01334−HWV  Form ID: pdf010  Total: 20

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Markian R Slobodian (Trustee) | PA49@ecfcbis.com |
| aty | Albert A. Ciardi, III | aciardi@ciardilaw.com |
| aty | Brian Michael Kile | bkile@grenenbirsic.com |
| aty | Clayton W Davidson | cdavidson@mwn.com |
| aty | D. Troy Sellars | D.Troy.Sellars@usdoj.gov |
| aty | David L. Braverman | dbraver@braverlaw.com |
| aty | Gregory Benjamin Schiller | Gregory.B.Schiller@usdoj.gov |
| aty | Lawrence V. Young | lyoung@cgalaw.com |
| aty | Rob Eyre | keith@foehllaw.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Mann Realty Associates, Inc. | P.O. Box 5 | Camp Hill, PA 17001 | |
| cr | S&T Bank s/b/m/t Integrity Bank | 355 North 5th Street | Indiana, PA 15701 | |
| cr | RestoreCore, Inc. | 2322 North 7th St. | Harrisburg, PA 17110 | |
| cr | Susan M. Mumma | c/o Ciardi Ciardi & Astin | 1905 Spruce Street | Philadelphia, PA 19103 |
| cr | Foehl & Eyre, P.C. | 432 North Easton Road | Glenside, PA 19038 | |
| 4904504 | Dauphin County Tax Claim Bureau | 2 S. 2nd St., #1 | Harrisburg, PA 17101 | |
| 4904505 | Dauphin County Treasurer | Attn: Janie Creason | 101 Market Street, Rm 105 | Harrisburg, PA 17101−2078 |
| 4974983 | RestoreCore, Inc. | 650 Clark Avenue, Suite B | King of Prussia, PA 19406 | |
| 5001208 | S&T Bank s/b/m Integrity Bank | Brian M. Kile, Esquire | Grenen & Birsic, PC | One Gateway Center, 9th Floor Pittsburg, PA 15222 |
| 4904516 | Stevens & Lee | 111 North Sixth Street | Reading, PA 19603−0679 | |
| 4904517 | Susquehanna Township | 1900 Linglestown Road | Harrisburg, PA 17110 | |

TOTAL: 11